## Exhibit A to the Complaint

**Location:** Caldwell, NJ  
**Total Works Infringed:** 25

**IP Address:** 100.1.110.74  
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 61AA7C209CBDA8176F93E2074F3F5F8755EB9A6F | 08/29/2025 16:11:51 | Milfy | 08/27/2025 | 09/16/2025 | PA0002551065 |
| 2 | C08ACDD3FF0290C8B0577F0EE4E4B77AB184D211 | 08/21/2025 17:20:30 | Vixen | 08/20/2025 | 09/16/2025 | PA0002550968 |
| 3 | 3407790FC524277FEB93726DE5FB2FD0085203D7 | 07/17/2025 17:11:33 | Milfy | 07/16/2025 | 07/22/2025 | PA0002541633 |
| 4 | 09C46D3FE569F41A43E40FFBEB7773F80D3967D8 | 04/17/2025 18:36:20 | Milfy | 04/16/2025 | 04/22/2025 | PA0002526947 |
| 5 | FDFEEE8722731EC77759AC2B493C37F56262B574 | 04/10/2025 18:06:53 | Milfy | 04/09/2025 | 04/22/2025 | PA0002527072 |
| 6 | 5971D6DBEBAC6D67C7F9578D7CFE71B08E9EC3DA | 02/20/2025 19:18:36 | Milfy | 02/19/2025 | 03/28/2025 | PA0002522506 |
| 7 | 26FD5578050D064649D4A33C3C28CF4C4C4B57E1 | 01/09/2025 16:50:28 | Milfy | 01/08/2025 | 01/16/2025 | PA0002509390 |
| 8 | 95FC7A20C175F968CCDC02853B1E3862C5A832BE | 01/03/2025 20:22:09 | Milfy | 01/01/2025 | 01/16/2025 | PA0002509398 |
| 9 | 8ED2B92F013714161682144C1E78B79892BF3FF6 | 12/19/2024 21:00:50 | Milfy | 12/18/2024 | 01/15/2025 | PA0002509399 |
| 10 | 7D1795246923B0F912DC5E45FDF6E39D24EFE8ED | 11/03/2024 19:27:52 | Milfy | 10/30/2024 | 11/18/2024 | PA0002500968 |
| 11 | 51A10FB5342B973C2601FE98689A25D69CF6A1C9 | 10/10/2024 17:46:22 | Milfy | 10/09/2024 | 10/16/2024 | PA0002494691 |
| 12 | D50951FB4BD55B552EC9598D5BC691C730B60ADC | 08/08/2024 15:01:49 | Milfy | 08/07/2024 | 09/17/2024 | PA0002490329 |
| 13 | F1F2EE5F05B622571E8F3F611997A26D57FC2815 | 01/28/2024 15:47:49 | Vixen | 01/26/2024 | 02/13/2024 | PA0002454776 |
| 14 | 65dc56a2f16fd174babda942a8bf8df30bad2e2d | 01/16/2024 22:31:45 | Tushy | 07/15/2018 | 08/07/2018 | PA0002132406 |
| 15 | 0C8DD414C57A5E812A5DD64D1FF3CB436DF39A80 | 12/27/2023 18:41:28 | Milfy | 12/20/2023 | 01/16/2024 | PA0002453983 |
| 16 | FB0E798E24893752FDF6C5B49112F3DCC64548F1 | 12/05/2023 17:32:46 | Blacked Raw | 12/04/2023 | 12/12/2023 | PA0002445181 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 8210F1DC309A2DD453201446A6329E16D7694A89 | 11/27/2023 17:17:03 | Tushy | 11/26/2023 | 12/13/2023 | PA0002445325 |
| 18 | 3EC18BDAED187C0DA4911C64444000E71D3CC88E | 11/27/2023 17:16:41 | Milfy | 11/22/2023 | 01/16/2024 | PA0002453490 |
| 19 | 6C282D4516CD98A48E59D24EF813769AF6341590 | 11/27/2023 16:41:02 | Milfy | 10/25/2023 | 12/07/2023 | PA0002446668 |
| 20 | C251E57630769942A6DA9FD0F66732C3510E1496 | 11/27/2023 16:36:08 | Milfy | 11/01/2023 | 12/07/2023 | PA0002446649 |
| 21 | 08FED45BA171AE15150C6E7CE42D7AEF80569D24 | 11/08/2023 22:13:33 | Milfy | 08/09/2023 | 12/05/2023 | PA0002443594 |
| 22 | B685B5CDC68B90B183031CE6A8FAB71B8E950689 | 11/08/2023 22:12:56 | Milfy | 08/02/2023 | 08/22/2023 | PA0002431039 |
| 23 | 8ef15d6100dbc24865e6531b6a592c8f0562188d | 11/05/2023 15:17:11 | Blacked Raw | 03/18/2018 | 04/17/2018 | PA0002116068 |
| 24 | 3EFE3C98F907D2D4C8D3B13C9BFED15760F0CE2F | 10/24/2023 13:47:16 | Milfy | 07/19/2023 | 08/22/2023 | PA0002431068 |
| 25 | D0E150EC3E9B50DD44E8856836304DFFD8C1A33E | 08/22/2023 23:12:39 | Milfy | 07/12/2023 | 08/22/2023 | PA0002431037 |